# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENT CRAIG, ) NO. ED CV 17-2198-PA(E)
)
        Petitioner, )
)
  v. ) JUDGMENT
)
SHAWN HATTON, Warden, )
)
        Respondent. )
)
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 30, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE